UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZA GARZON,<br>Plaintiff,<br>v.<br>FIRST NATIONAL ASSETS MANAGEMENT, LLC, *et al.*<br>Defendant. | Case No. 16 C 11525<br><br>Hon. Harry D. Leinenweber |

**JOINT STIPULATION OF DISMISSAL**

NOW COMES Plaintiff, ELIZA GARZON, and Defendants, FIRST NATIONAL ASSETS MANAGEMENT, LLC and ARROWMARK COLORADO HOLDINGS, LLC d/b/a/ Arrowmark Partners, pursuant to FRCP 41(a)(1)(A)(ii), by their attorneys of record, hereby stipulate to the dismissal of this matter in its entirety, with prejudice, with each party to bear their own costs and attorney's fees.

Dated: December 21, 2018

Respectfully submitted,

**ELIZA GARZON**

By: March H. Horwitch
One of Her Attorneys

Mark H. Horwitch
Amanda N. Catalano
mhorwitch@tdrlawfirm.com
acatalano@tdrlawfirm.com
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Tel: (312) 762-9450

Josh M. Friedman (ARDC # 6220313)
josh@friedmanfirm.com
THE LAW OFFICES OF JOSH M. FRIEDMAN
53 W. Jackson Blvd., Suite 1028
Chicago, IL 60604
(312) 886-0277

**FIRST NATIONAL ASSETS MANAGEMENT, LLC and**

**ARROWMARK COLORADO HOLDINGS, LLC d/b/a ARROWMARK PARTNERS**

By: Patrick Spangler
One of Their Attorneys

Patrick Spangler
Michelle T. Olson
pspangler@vedderprice.com
molson@vedderprice.com
VEDDER PRICE P.C.
222 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312) 609-7500

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a copy of the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of the Court using the CM/ECF system on December 21, 2018, which will send electronic notification of such filing to the following:

Mark H. Horwitch
Amanda Catalano
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Direct Tel: (312) 762-9465
Main Tel: (312) 762-9450
mhorwitch@tdrlawfirm.com

Josh M. Friedman
The Law Offices of Josh M. Friedman
53 W. Jackson Blvd., Suite 1028
Chicago, Illinois 60604
josh@friedmanfirm.com

/s/ Patrick W. Spangler